UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Joshua James Russell,                                Civil No. 10cv02853 ADM/JJK

    Plaintiff,

v.                                                    **ORDER**

University of Minnesota Regents,
et al.,

    Defendants.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 21, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: August 6, 2010  s/Ann D. Montgomery
 _____
 ANN D. MONTGOMERY
 United States District Judge